**FILED**

APR 0 1 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR0778-GT |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE |
| JAVIER ADOLPHO CORTEZ-MAJANO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the change of plea hearing in this matter now scheduled for April 1, 2009 at 9:00 a.m. to **April 17, 2009 at 9:00 a.m.** is granted.

**IT IS SO ORDERED.**

Dated: 4-1-09

_____
HONORABLE GORDON THOMPSON
UNITED STATES DISTRICT COURT JUDGE